UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00516-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VIRGINIA BROWN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on **January 13, 2010**.  A Change of Plea hearing is set for **Friday, February 12, 2010, at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    January 13, 2010