**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00516-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

VIRGINIA BROWN,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On May 18, 2010, the defendant commenced a three (3) year term of probation. The defendant has been compliant with all conditions of her probation and she has not incurred any new law violations. Accordingly, it is

      ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 23rd day of May, 2011.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge